UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| U.S. BANK NATIONAL ASSOCIATION, as trustee for Lehman XS Trust Mortgage Pass-through Certificates, Series 2006-18N, | No. 2:20-cv-00120-MCE-KJN |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| DARYL C. CHANG, SR., | |
| Defendant. | |

On January 16, 2020, Defendant Daryl C. Chang, Sr., proceeding pro se, filed a Notice of Removal of this unlawful detainer action from the San Joaquin County Superior Court, where it was assigned Case No. STK-CV-LUDRF-2018-11549.[1] ECF No. 1. This is the second time this Defendant has attempted to remove this state court matter to this federal venue. See Case No. 2:19-cv-02440-MCE-KJN. The Court remanded the first action on January 17, 2020. Id., ECF No. 4. This removal is duplicative and equally flawed, such that remand is again proper.

Accordingly:

1. The action is REMANDED to the San Joaquin County Superior Court.

---

[1] Despite Defendant's pro se status, the undersigned revokes any actual or anticipated referral to a Magistrate Judge. See L.R. 302(c)(21).

1

2. The Clerk of Court is directed to serve a certified copy of the order on the Clerk of the San Joaquin County Superior Court and reference the state case number (No. STK-CV-LUDRF-2018-11549) in the proof of service.
3. The Clerk of the Court is directed to close this case and shall not open any further cases pertaining to the above-referenced state action.

IT IS SO ORDERED.

DATED: January 28, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE